**Order entered December 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01216-CV

**NINETY NINE PHYSICIAN SERVICES, PLLC, Appellant**

**V.**

**BRIAN MURRAY, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07448**

## ORDER

Before the Court is appellant's December 9, 2019 motion for an extension of time to file

its brief on the merits.  We **GRANT** the motion and extend the time to **January 13, 2020**.


/s/     KEN MOLBERG
JUSTICE